IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | ) ) Case No.   4:19-MJ-808 ) ) ) ) ) ) [FILED UNDER SEAL] |

I, Jeffrey George, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I am a Des Moines Police Officer since 2012 and has been assigned to the Des Moines Police Department's Investigations Division since December of 2017. I have a bachelor's degree in Law Enforcement and Justice Administration from Western Illinois University and attended a twenty-two-week long training academy at the Des Moines Police Department's Regional Academy in 2012. I have attended the following educational courses/trainings in reference to criminal investigations: Roadside Interviews (32 hour class) sponsored by the Midwest Counter Drug Training Center in 2013; Patrol Officer Response to Street Drugs (40 hour class) sponsored by the Midwest Counter Drug Training Center in 2014; Physical Surveillance (40 hour class) sponsored by the Midwest Counter Drug Training Center in 2014; Criminal Street Gang Identification and Interdiction (24 hour class) sponsored by the Midwest Counter Drug Training Center in 2014; Criminal Street Gang Identification and Interdiction Advanced Course (24 hour class) sponsored by the Midwest Counter Drug Training Center in 2014; Midwest Gang Investigators Association Annual Conference (32 hour training) in 2015; Interview and Interrogation training (32 hour class) sponsored by the Midwest Counter Drug Training Center in 2016; Armed Individual Recognition and Illegal Firearm Seizure (16 hour class) sponsored by the

Midwest Counter Drug Training Center in 2016; Social Media and Technical Skills (16 hour class) sponsored by the National White Collar Crime Center in 2017; Basic Criminal Investigations and New Detective Training (40 hour class) sponsored by the Public Agency Training Council in 2018; Midwest Gang Investigators Association Annual Conference (32 hour training) in 2018; Open Source Social Media Investigations for Anti-Trafficking Operations (16 hour training) sponsored by the Midwest Counter Drug Training Center in 2019.

2. Throughout my career I have been assigned to investigate numerous criminal offenses to include but not limited to drug crimes, robberies, home invasions, gang investigations, shootings, and homicides which have led to successful arrests and prosecutions of individuals involved in these crimes. During the course of my employment, I have written and participated in multiple search warrants related to firearms and drug trafficking violations, which resulted in felony arrests, search warrants, criminal complaints, and the confiscation of firearms.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Thow Deng LIEM has committed a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (unlawful user of a controlled substance in possession of a firearm).

## PROBABLE CAUSE

5. On November 10, 2019, an officer with the Des Moines Police Department conducted a traffic stop on a vehicle in Des Moines, Iowa. LIEM was sitting in the back seat of the vehicle.

6. The officer asked LIEM to exit the car; however, LIEM was hesitant to do so. As the officer attempted to place LIEM in handcuffs, LIEM attempted to run from the officer. The officer was able to gain control of LIEM after a brief pursuit, and LIEM was detained.

7. A search of LIEM's person revealed, in his right front hoodie pocket, a Smith & Wesson M&P .22 caliber pistol (serial number HHJ4307). It was loaded with one round of ammunition in the chamber and eight rounds in the magazine.

8. On November 12, 2019, United States Magistrate Judge Helen C. Adams signed a search warrant authorizing the collection of LIEM's urine for testing for controlled substances. On that same date, the warrant was executed on LIEM at the Polk County, Iowa, Jail. On December 4, 2019, toxicology results from the urine testing were received from the laboratory. Those results revealed that LIEM's urine was positive for marijuana metabolites.

9. An preliminary review of the Smith & Wesson M&P, .22 caliber pistol (serial number HHJ4307) by an nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, revealed the firearm was manufactured outside the state of Iowa and therefore traveled in interstate commerce.

4:19-MJ-808

## CONCLUSION

10. Based upon the foregoing facts, there is probable cause to believe that THOW DENG LIEM has committed a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (unlawful user of a controlled substance in possession of firearm).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Jeffrey George, Detective
Des Moines Police Department

Subscribed and sworn to before me this 4th day of December, 2019.

_____
The Honorable Helen C. Adams
Chief United States Magistrate Judge